## DARIUS JONES *v.* F. M. CLUTTER.

**Judicial Sale of Real Estate.**

Where the judgment ordering the sale of real estate describes the land to be sold and does not attempt to declare the number of acres, the commissioner cannot make it more specific by verbal representations at the time of sale. The purchaser is bound to take notice of the judgment, and there is no warranty of the number of acres sold.

APPEAL FROM PENDLETON CHANCERY COURT.

October 20, 1877.

OPINION BY JUDGE LINDSAY:

The judgment of sale gave an exact description of the tract of land decreed to be sold, and did not declare or undertake to declare the number of acres contained within the designated boundaries. The commissioner had no power to make the judgment more explicit by verbal representations at the time of the sale. The most he could do was to express his opinion or information as to the quantity of the land.

Appellant was bound to take notice of the terms of the judgment, at least before he allowed the sale to be confirmed. There was no warranty, express or implied, that there were 33 acres of land, and the appellant must comply with the obligations of his bond.

Judgment *affirmed*.

*W. W. Ireland, for appellant. Bonar & Perrin, for appellee.*